Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

LENISHIO ELLEN WILLIAMS

11397579

*Your full name*

JAN 21 2025

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

**STATE CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. § 1983**

v.

SFF HAZELTON

WARDEN / UNKNOWN NAMES OF

BOP EMPLOYEES

Civil Action No.: 3:25-cv-9

*(To be assigned by the Clerk of Court)*

Groh, Trumble, Sims

*Enter above the full name of defendant(s) in this action*

## I.    JURISDICTION

This is a civil action brought pursuant to **42 U.S.C. § 1983**.  The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.    PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

> A.    Your Name: LENESHIA WILLIAMS
>
> Inmate No.: 11397579
>
> Address: P.O. BOX 3000 BRUCETON MILLS WV

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

> B.    Name of Defendant: WARDEN RAY

---

*United States District Court*          7          *Northern District of West Virginia-2013*

Attachment A

Position: _____ WARDEN _____

Place of Employment: _____ SFF    HAZELTON _____

Address: _____ 1640  SKY VIEW   DRIVE   BRUCETON  MILLS  WV,  26525 _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?     ☐ Yes     ☒ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

B.1    Name of Defendant: _____ UNKNOWN  BOP  EMPLOYEES _____

Position: _____ BOP   EMPLOYEE   AT   SFF  HAZELTON _____

Place of Employment: _____ SFF   HAZELTON _____

Address: _____ 1640  SKY VIEW  DRIVE   BRUCETON  MILLS  WV  26525 _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?     ☐ Yes     ☒ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

B.2    Name of Defendant: _____ MS,  ROE _____

Position: _____ RN _____

Place of Employment: _____ SFF   HAZELTON _____

Address: _____ 1640  SKY VIEW  DRIVE  BRUCETON  MILLS  WV  26525 _____

Attachment A

Was this Defendant acting under the authority or color of state law at the time these claims occurred?        □ Yes        ☑ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

B.3    Name of Defendant: MR S. AUSTIN _____

Position: _____ BOP  EMPLOYEE  AT  SFF  HAZELTON _____

Place of Employment: _____ SFF  HAZELTON _____

Address: _____ 1640  SKY  VIEW  DRIVE  BRUCETON  MILLS  WV  26525 _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?        □ Yes        ☑ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

B.4    Name of Defendant: MS. KINNEY _____

Position: _____ BOP  EMPLOYEE  AT  SFF  HAZELTON _____

Place of Employment: _____ SFF  HAZELTON _____

Address: _____ 1640  SKY  VIEW  DRIVE  BRUCETON  MILLS  WV  26525 _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?        □ Yes        ☑ No

If your answer is "YES," briefly explain: _____

_____

Attachment A

B.5    Name of Defendant: _____

Position: _____

Place of Employment: _____

Address: _____

Was this Defendant acting under the authority or color of state law at the time these claims occurred?    ☐ Yes    ☐ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

III.    PLACE OF PRESENT CONFINEMENT

Name of Prison/Institution: ___SFF   HAZELTON_____

A.    Is this where the events concerning your complaint took place?
☑ Yes    ☐ No

If you answered "NO," where did the events occur?

_____

B.    Is there a prisoner grievance procedure in the institution where the events occurred?    ☑ Yes    ☐ No

C.    Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?    ☑ Yes    ☐ No

D.    If your answer is "NO," explain why not _____

**Attachment A**

_____

_____

E.  If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES**:

LEVEL 1 ___BP  9   REJECTED_____

LEVEL 2 ___BP  10   REJECTED_____

LEVEL 3 ___BP  11   AN INVESTIGATION  WILL  BE  COMPLETED____

## IV.  PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?          ☐ Yes          ☑ No

B.  If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.  Parties to this previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

2.  Court:_____
    _(If federal court, name the district; if state court, name the county)_

3.  Case Number:_____

4.  Basic Claim Made/Issues Raised: _____

    _____

5.  Name of Judge(s) to whom case was assigned: _____

**Attachment A**

6.      Disposition: _____
        *(For example, was the case dismissed? Appealed? Pending?)*

7.      Approximate date of filing lawsuit:_____

8.      Approximate date of disposition. **ATTACH COPIES**


C.      Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?        ☑Yes        ☐ No


D.      If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

_____I'VE FILED NUMEROUS GRIEVANCES AND COMPLAINTS AGAINST THIS_____
_____PRISON FOR THIS INCIDENT_____
_____


E.      Did you exhaust available administrative remedies?   ☑Yes        ☐ No


F.      If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

_____I FILED GRIEVANCES FOR THE PHYSICAL AND SEXUAL ASSAULTS FROM THE_____
_____STAFF AT THIS PRISON THAT WERE EITHER REJECTED OR WENT UNANSWERED_____
_____


G.      If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

**Attachment A**

1.    Parties to previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

2.    Name and location of court and docket number:

_____

_____

3.    Grounds for dismissal:    ☐ frivolous    ☐ malicious
☐ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: _____

5.    Approximate date of disposition: _____


# V.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)***

CLAIM 1: ON 06/27/24 AT APPROXIMATELY 10:40 AM I WAS BRUTALLY ATTACKED AND PHYSICALLY ASSAULTED BY A NUMBER OF GAURDS AT SFF HAZELTON

Supporting Facts: I WAS FACE PLANTED AND TACKLED BY A NUMBER OF THE MALE OFFICERS THEY THEN PROCEEDED TO KICK, PUNCH, ELBOW, AND STOMP ME FROM ALL DIRECTIONS AND MS. ROE CAME JOINED PUNCHING ME DIRECTLY IN THE FACE AND SAID "THIS IS FOR EVERYONE IN MEDICAL BITCH" THERE ARE A NUMBER OF WITNESSES TO THIS ASSAULT AS WELL AS VIDEO EVIDENCE OF IT.

CLAIM 2: AFTER I WAS ~~ONLY BEING~~ BEING PHYSICALLY ASSAULTED AND STRAPPED DOWN TO A STRETCHER, MS. KINNEY CAME AND KICKED ME IN THE FACE. BUT THAT WASN'T THE END OF THE ASSAULT NOT LONG AFTER THE STAFF PROCEEDED TO THEN SEXUALLY ASSAULT AND DEFILE ME FOR 9 HOURS.

Supporting Facts: I WAS STRIPPED AGAINST MY WILL AND LEFT FULLY EXPOSED FROM WAIST DOWN FROM 11:30 AM TO 8:30 PM. I WAS TOLD TO FACE THE WALL WHILE CHAINED TO MYSELF INHUMANELY, WITH THE CUFFS AND CHAIN CUTTING INTO MY SKIN, TOLD NOT TO LOOK AT THEM WHILE THREE MEN WOULD SHOVE ME AGAINST THE WALL AND TOUCH AND GROPE ME MY BUTT, LEGS, INNER THIGH ETC.

CLAIM 3: THE STAFF AT SFF HAZELTON DEFAMATED MY CHARACTER.

Supporting Facts: S. AUSTIN THE GAURD WHOM INITIATED THE ATTACK/ASSAULT, LIED ON MY NAME AND SAID I ATTEMPTED TO ASSAULT HIM, (I WASN'T EVEN FACING HIS DIRECTION, OR NEAR ENOUGH TO HIM TO ATTEMPT ANYTHING), TO COVER HIS INITIAL ASSAULT AND GOT ALL THE OTHER GAURDS TO RETALIATE AGAINST ME AND JOIN HIM IN ASSAULTING ME.

CLAIM 4: IVE BEEN MENTALLY DISTRESSED AND TRAUMATIZED BY THE GAURDS AT SFF HAZELTON DURING AND FOLLOWING THE SEXUAL AND PHYSICAL ASSAULTS AND DEGRADATION

Supporting Facts: SFF HAZELTON HAS DONE EVERYTHING POSSIBLE TO DEGRADE, HUMILIATE, AND MENTALLY BREAK ME: FROM TOUCHING AND GROPING ME INAPPROPRIATELY, TO ASSAULTING ME, TO PREVENTING ME FROM CALLING MY KID AND FAMILY BY RESTRICTING MY CALLS AND COMMISSARY FOR 6 MONTHS. IVE LOST 2 LOVED ONES AND COULDNT EVEN GET A COURTESY CALL.

CLAIM 5:

Supporting Facts:

## VI.   INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

I WAS BRUISED ALL OVER FROM THE ASSAULT AND AM SCARRED FROM THE CUFFS AND CHAINS CUTTING MY SKIN WHATS WORSE THOUGH IS THE MENTAL AND EMOTIONAL DAMAGE AND TRAUMA FROM THE SEXUAL ASSAULT

## VII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you.
*Make no legal arguments. Cite no cases or statutes.*

TRANSFER TO ANOTHER FACILITY IN ASKING THE COURT AS WELL FOR 1.5 MILLION DOLLARS FOR THE MENTAL AND EMOTIONALL DAMAGE AND COMPASSIONATE RELEASE

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ SEE HAZELTON _____ on ____ 12 / 30 / 24 ____.

      (Location)                            (Date)

Your Signature

Attachment E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

LENESHIA WILLIAMS

1139577

*Your full name*

v.                                             Civil Action No.: 3:25-CV-9

JFF HAZELTON WARDEN /

UNKNOWN BOP EMPLOYEES

*Enter above the full name of defendant(s) in this action*

## Certificate of Service

I, LENESHIA WILLIAMS (your name here), appearing *pro se*, hereby certify that

I have served the foregoing ____1983 MOTION____ (title of document

being sent) upon the defendant(s) by depositing true copies of the same in the United States

mail, postage prepaid, upon the following counsel of record for the defendant(s) on

____12/30/2024____ (insert date here):

(List name and address of counsel for defendant(s))

(sign your name)

---

*United States District Court*                24                *Northern District of West Virginia-2013*